**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:06CV85-T
(1:03CR4-T)**

| | | |
|---|---|---|
| **DANNY CARLTON GRIPPER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **J U D G M E N T** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion pursuant to 28 U.S.C. § 2255 is **GRANTED IN PART**, and Petitioner's sentence as to Count One is hereby **VACATED**. The Clerk shall prepare an amended judgment reflecting that the Petitioner's convictions as to Counts One and Two are merged, and that his concurrent 72-month sentence and three year term of supervised release are vacated as to Count One only.  The remaining terms of the Judgment remain in full force and effect.

**IT IS FURTHER ORDERED** that the Respondent's motion for summary judgment is **ALLOWED** as to Petitioner's remaining claims and such claims are hereby **DISMISSED WITH PREJUDICE**.

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

Signed: July 2, 2008

Lacy H. Thornburg
United States District Judge